# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Warley Batista Silva, | No. CV-26-02504-PHX-SPL (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

On April 10, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) Petitioner asserted that he has been detained for over 8 months without an individualized bond hearing.  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 4.)  In their Response, Respondents state:

> Respondents, at this time, do not have sufficient facts to oppose the Petition and do not oppose the release of the Petitioner on the same conditions as before his detention.

(Doc. 5.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to his request for immediate release from DHS

custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

- 2 -