**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Warley Batista Silva,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-02504-PHX-SPL (DMF)

**ORDER**

On April 20, 2026, the Court granted Petitioner's Petition pursuant to 28 U.S.C. § 2241, noting that Respondents indicated in their Response that they "do not have sufficient facts to oppose the Petition and do not oppose the release of the Petitioner on the same conditions as before his detention," and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to his detention. (Doc. 7.) On April 27, 2026, Petitioner filed a Motion to Enforce Court Order and Motion for Order to Show Cause Regarding Contempt, indicating that while he was released, he was placed on additional conditions of supervision that are more restrictive than the conditions prior to his detention, including electronic monitoring via an ankle bracelet. (Doc. 10.)

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED**:

(1) Respondents must provide a **status update** regarding Petitioner's custody and his release conditions no later than **September 25, 2026**.

(2) Respondents must file a **response** to Petitioner's Motion to Enforce Court Order and Motion for Order to Show Cause Regarding Contempt (Doc. 10) no later than **September 30, 2026**. The response must provide documentary evidence of the conditions of release that existed before Petitioner's detention and the conditions currently imposed on Petitioner.

Dated this 22nd day of September, 2026.

Honorable Steven P. Logan
United States District Judge