**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Warley Batista Silva,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-02504-PHX-SPL (DMF)

**ORDER**

On April 20, 2026, the Court granted Petitioner's Petition pursuant to 28 U.S.C. § 2241 and directed Respondents to immediately release Petitioner from immigration custody under the same conditions that existed prior to his detention. (Doc. 7.) On April 27, 2026, Petitioner filed a Motion to Enforce Court Order and Motion for Order to Show Cause Regarding Contempt, indicating that while he was released, he was placed on additional conditions of supervision that are more restrictive than the conditions prior to his detention, including electronic monitoring via an ankle bracelet. (Doc. 10.)

In a September 23, 2026 Order, the Court directed Respondents to provide a status update regarding Petitioner's custody and his release conditions and to file a response to Petitioner's Motion to Enforce Court Order and Motion for Order to Show Cause Regarding Contempt. Respondents filed a Response on the same date. (Doc. 12.)

In their Response, Respondents state the following:

> Upon inquiry into Petitioner's status, undersigned counsel was advised that Petitioner was scheduled to depart the United States on July 18, 2026[.] [H]owever[,] on that same

> date, he cut off his GPS[,] and he failed to depart the United States. His Alternatives to Detention (ATD) 28 was terminated and, because Petitioner has absconded, there are no conditions in place.

(*Id.* at 1.) Because Petitioner absconded and his ATD was therefore terminated, he is not subject to any conditions of supervision. Accordingly, the Court will deny Petitioner's Motion as moot.

**IT IS ORDERED** that Petitioner's Motion to Enforce Court Order and Motion for Order to Show Cause Regarding Contempt (Doc. 10) is **denied as moot**.

Dated this 25th day of September, 2026.

Honorable Steven P. Logan
United States District Judge